RECEIVED
BY MAIL

MAR 27 2002

CLERK US DIST COURT
ST. PAUL, MN

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-CV-286 JMR/FLN Case Title: Fisler v. US Bancorp Piper Jaffray Inc.

### Affidavit of Movant

I, Heather C. Sherman, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Nancy E. Pritikin, an attorney admitted to practice in the Northern District of California, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant US Bancorp Piper Jaffray Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 288135 MN Attorney License # — March 19, 2002 Date

### Affidavit of Proposed Admittee

I, Nancy E. Pritikin, am currently a member in good standing of the U.S. District Court for Northern District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Nancy E. Pritikin Type/Print Name — [signature] Signature — March 20, 2002 Date

Attorney License Number: California Bar No. 102392
Law Firm Name & Address: Littler Mendelson, P.C.
650 California Street, 20th Floor
San Francisco, California 94108-2693
Telephone: (415) 433-1940

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

MAR 27 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED MAR 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK