RECEIVED
BY MAIL
MAY 09 2002
CLERK US DIST COURT
ST. PAUL, MN

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-CV-286 JMR/FLN Case Title: Fisker v. U.S. Bancorp

### Affidavit of Movant

I, Wood R. Foster, Jr., an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Paul W. Mollica, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for ☒ plaintiff ☐ defendant ______ in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | #31288 MN Attorney License # | 5.8.02 Date

### Affidavit of Proposed Admittee

I, Paul W. Mollica, am currently a member in good standing of the U.S. District Court for Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Paul W Mollica Type/Print Name | [signature] Signature | 5-2-2002 Date

Attorney License Number: IL 6194415

Law Firm Name & Address: Meites Mulder Burger & Mollica
208 S. LaSalle St., Suite 1410
Chicago IL 60604

Telephone: 312-263-0272

Motion Granted: [signature] /MMC
For the Court: Richard D. Sletten, Clerk

MAY 09 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED MAY 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______