UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kathleen Fisler,

Plaintiff,

v.

US Bancorp Piper Jaffray, Inc.,

Defendant.

Civil 02-286 JMR

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: July 22, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED JUL 23 2002
Richard D. Sletten, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to

MAGISTRATE JUDGE SUSAN R. NELSON

NEW CASE INFORMATION 02-286 JMR/SRN
Use this case information for all further filings.