**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Kathleen Fisler,**

**Plaintiff,**

**v.**

**US Bancorp Piper Jaffrey Inc.,**

**Defendant.**

**Civil No. 02-286 JMR/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: July 29, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

13

FILED JUL 3 0 2002
Richard D. Sletten, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to

Magistrate Judge Franklin L. Noel

NEW CASE INFORMATION 02-286 JMR/FLN
Use this case information for all further filings.