UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**NOTICE TO COUNSEL**

CIVIL ACTION NUMBER 02-286 JMR/JGL

Kathleen Fisler vs. US Bancorp Piper Jaffrey Inc.

You recently received a Notice from our office regarding an Order of Recusal by Magistrate Judge Susan R. Nelson. This case was inadvertently assigned to Magistrate Judge Franklin L. Noel who had previously recused himself on this case. This was a clerical error. Therefore, this action has been reassigned to Magistrate Judge Jonathan G. Lebedoff. Chief Judge Rosenbaum remains the judge assigned to this action. I apologize for any inconvenience this may have caused.

RICHARD D. SLETTEN, CLERK

Cynthia Francis

BY: CYNTHIA FRANCIS, Deputy Clerk

DATED: July 31, 2002