UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 02-286 (JMR/JGL)

KATHLEEN FISLER,

Plaintiff,

v.

**AMENDED**
**NOTICE OF PRETRIAL CONFERENCE**

US BANCORP PIPER JAFFRAY INC,

Defendant.

The pretrial conference scheduled for September 11, 2002, has been rescheduled to held at the same date and time as Defendant's Motion to Dismiss and/or to Strike; i.e., **Thursday, September 12, 2002, at 9:00 a.m., Courtroom 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415**, before Chief United States Magistrate Judge Jonathan Lebedoff.

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel shall meet at least 21 days before the scheduled pretrial conference. Within 14 days after the Rule 26(f) meeting, counsel shall jointly prepare and file with the Clerk of Court, a complete written Report of the Rule 26(f) meeting. The Report shall include the information identified in Rule 26(f). **It is the RESPONSIBILITY OF PLAINTIFF'S COUNSEL** to forward a **COPY** of the Rule 26(f) Report **DIRECTLY TO THIS CHAMBERS** at the address above at least three business days prior to the pretrial conference.

Counsel who will be trying the case should make every effort to be present at the conference. If this is not possible, substitute counsel should be arranged. If counsel for all parties are not listed below, it is the **RESPONSIBILITY OF PLAINTIFF'S COUNSEL** to (1) notify those parties or counsel of this conference IMMEDIATELY and (2) inform them of the requirements set forth in this notice.

Dated: September 3, 2002

Mary Lenner
Secretary/Calendar Clerk

**Notice mailed to:**
SEE ATTACHED/REVERSE

Filed 9-3-02
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________

Wood Foster Jr., Esq.
1300 Washington Square
100 Washington Avenue South
Minneapolis, MN 55401

Jordan Lewis, Esq.
Suite 333
400 Wisconsin Avenue East
Milwaukee, WI 53202

Paul Mollica, Esq.
Suite 1410
208 South LaSalle Street
Chicago, IL 60604

Nancy Pritikin, Esq.
Littler Mendelson Fastiff &
Tichy, 20th Floor
650 California Street
San Francisco, CA 94108-2693

Heather Sherman, Esq.
Suite 3110
33 Sixth Street South
Minneapolis, MN 55402-3720