UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 02-286 (JMR/JGL)

Kathleen Fisler,

Plaintiff,

v.

**ORDER OF RECUSAL**

U.S. Bancorp Piper Jaffray, Inc.,

Defendant.

Pursuant the provisions of 28 U.S.C. §455(b)(5)(ii), the undersigned hereby recuses himself in this matter.

DATED: September 11, 2002.

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

FILED 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to

Magistrate Judge Arthur J. Boylan

NEW CASE INFORMATION 02-286 JMR/AJB
Use this case information for all further filings.