**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Kathleen Fisler,

Plaintiff,

vs.

U.S. Bancorp Piper Jaffray, Inc.,

Defendant,

Civil File No. 02-286 JMR/AJB

**ORDER ON MOTION TO DISMISS**

---

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated December ___, 2002, along with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED THAT** defendant's motion to dismiss allegations in the complaint is **granted in part and denied as moot in part**. [Docket No. 5]. It is **ORDERED** that defendant's motion to dismiss plaintiff's disparate impact claim pursuant to Fed. R. Civ. P. 12(b)(6) is **granted** and that defendant's motion to dismiss class action allegations is **denied as moot**.

Dated: January 30, 2003

James M. Rosenbaum
United States District Court Judge

FILED 1-30-03
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED 1-30-03
DEPUTY CLERK'S INITIALS ______

# UNITED STATES DISTRICT COURT
## District of Minnesota

700 Federal Building
316 North Robert Street
St. Paul, MN 55101

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

417 Federal Building
515 West First Street
Duluth, MN 55802

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

> ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.