**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

KATHLEEN FISLER,

Plaintiff,

v.

U.S. BANCORP PIPER JAFFRAY, INC.,

Defendant.

Civil No. 02-286 JMR/AJB

**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective August 1, 2001, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Fact discovery shall be commenced in time to be completed by September 1, 2003.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before February 24, 2003.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. Plaintiff shall disclose the identity of her expert witnesses on or before July 15, 2003.

   b. Plaintiff shall disclose her expert witness reports on or before September 1, 2003.

   c. Defendant shall disclose the identity of its expert witnesses on or before August 15, 2003.

FILED MAR 0 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

d. Defendant shall disclose its expert witness reports on or before October 1, 2003.

4. Each party shall take no more than 2 expert depositions and call no more than 2 experts at trial.

5. Expert Discovery, including completion of all expert depositions, shall be completed on or before November 1, 2003.

6. Each party shall serve no more than 25 interrogatories (counted in accordance with Rule 33(a)).

7. No more than 10 factual depositions, excluding expert witness depositions, shall be taken by each party.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be filed, and the hearing thereon completed, by May 1, 2003.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by November 1, 2003.

3. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephonic conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and **shall be presented in a form that complies with Local Rule 37.2.**

Dispositive Motions

1. All dispositive motions shall be **served, filed and HEARD** by the parties on or before February 1, 2004. (Counsel are reminded that they must anticipate the time required for scheduling a hearing by calling Calendar Clerk Larry Lewis, 612-664-5053.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a jury trial on May 1, 2004, or upon resolution of any pending dispositive motions. Anticipated length of trial is 6-7 days.

Dated: March 5, 2003

Arthur J. Boylan
United States Magistrate Judge