UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-286(JMR/AJB)

Kathleen Fisler )
)
v. ) ORDER
)
U.S. Bancorp Piper Jaffray, Inc. )

Plaintiff appeals the March 5, 2003, Order issued by the Honorable Arthur J. Boylan, United States Magistrate Judge. Plaintiff's appeal was timely filed, pursuant to Local Rule 72.1(b)(2).

A district court must set aside any portion of a magistrate's order found to be "clearly erroneous or contrary to law." 28 U.S.C. § 636; Local Rule 72.1(b)(2). The Court has reviewed the record and proceedings below and finds no basis to justify setting aside the Magistrate's Order. The Order is neither clearly erroneous nor contrary to law.

Accordingly, based on the files, records, and proceedings herein, IT IS ORDERED that:

The Magistrate's March 5, 2003, Order [Docket No. 43] is affirmed.

Dated: April 7th, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

APR 8 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK