**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Kathleen Fisler,

Plaintiff,

vs.

U.S. Bancorp Piper Jaffray, Inc.,

Defendant.

Case No. 02-CV-286 JMR/AJB

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

BASED ON THE STIPULATION OF THE PARTIES,

IT IS HEREBY ORDERED that all claims that were or could have been asserted in this action by either party are hereby dismissed with prejudice and on the merits, each party to bear its or her own costs.

Dated this 18th Day of August, 2003.

BY THE COURT:

THE HONORABLE JAMES M. ROSENBAUM
UNITED STATES DISTRICT COURT JUDGE

MINNEAPOLIS:42527.1 021035.3005
08/11/03 9:13 AM



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS